No. 11–9574.  GARCIA *v.* TEXAS.  Ct. App. Tex., 9th Dist. Certiorari denied.

No. 11–9575.  GREEN *v.* CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Va.  Certiorari denied.

No. 11–9576.  IVORY *v.* ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 11–9577.  GONZALEZ *v.* DISTRICT ATTORNEY.  C. A. 9th Cir.  Certiorari denied.

No. 11–9579.  FLEMMING *v.* CITY OF NEW YORK POLICE DEPARTMENT FOR BRONX, NEW YORK, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 11–9580.  FOURSTAR *v.* BROWN ET AL.  C. A. 9th Cir. Certiorari denied.

No. 11–9581.  GONZALEZ *v.* NEW YORK CITY HOUSING AUTHORITY ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 11–9582.  HARRIS *v.* HARRIS ET AL.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 11–9583.  GROVER *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 11–9584.  GUTIERREZ *v.* MCDONALD, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 11–9586.  DAVIS *v.* INDIANA.  Ct. App. Ind.  Certiorari denied.

No. 11–9594.  MATTHEWS *v.* CITY OF BOISE, IDAHO, ET AL.  Ct. App. Idaho.  Certiorari denied.

No. 11–9595.  PENG *v.* CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–9603.  SMITH *v.* LEE, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 11–9607.  MESSAM *v.* HASTINGS, ADMINISTRATOR, EAST JERSEY STATE PRISON, ET AL.  C. A. 3d Cir.  Certiorari denied.